Matter of Jezekiah G. (Erie County Dept. of Social Servs.) (2025 NY Slip Op 00755)

Matter of Jezekiah G. (Erie County Dept. of Social Servs.)

2025 NY Slip Op 00755

Decided on February 7, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 7, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., SMITH, OGDEN, NOWAK, AND HANNAH, JJ.

78 CAF 23-00785

[*1]IN THE MATTER OF JEZEKIAH G. AND JANAIAH G.
and
ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES,
PETITIONER-RESPONDENT; ASHALEY C., RESPONDENT-APPELLANT. (APPEAL NO. 2.) 

CHARLES J. GREENBERG, AMHERST, FOR RESPONDENT-APPELLANT.
TABITHA R. SALONEN, BUFFALO, FOR PETITIONER-RESPONDENT.
MARY ANNE CONNELL, BUFFALO, ATTORNEY FOR THE CHILDREN. 

 Appeal from an order of the Family Court, Erie County (Sharon M. LoVallo, J.), entered April 19, 2023, in a proceeding pursuant to Social Services Law § 384-b. The order, inter alia, terminated the parental rights of respondent with respect to the subject children. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed.
Same memorandum as in Matter of Aerielle M. (Ashaley C.) ([appeal No. 1] — AD3d — [Feb. 7, 2025] [4th Dept 2025]).
Entered: February 7, 2025
Ann Dillon Flynn
Clerk of the Court